UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | : CRIMINAL NO. 1:92-CR-22 |
| v. | : |
| | : |
| JOHN CHARLES KENNEY,<br>    Defendant | :<br>: |

*O R D E R*

AND NOW, this 7th day of December, 2016, in accord with the accompanying memorandum, it is ORDERED that Defendant's motion to correct sentence pursuant to 28 U.S.C. § 2255 (Doc. 58) shall be held in abeyance until such time as the Supreme Court of the United States issues a decision in Beckles v. United States, 616 F. App'x 415 (11th Cir. 2015) (per curiam), cert. granted, 136 S. Ct. 2510 (2016) (mem.).

                                                /s/ William W. Caldwell
                                                William W. Caldwell
                                                United States District Judge